# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BILLY DOWNING,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No.: 2:20-CV-01546-CLM |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) |
| **Defendant.** | ) |

## FINAL ORDER

All parties hereto have filed a Joint Stipulation of Dismissal with Prejudice. Doc. 12. Therefore, the court hereby **ORDERS** that this action and all claims contained herein are hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.

**DONE** and **ORDERED** this the 13th day of May, 2021.

*/s/ Corey L. Maze*

**Corey L. Maze**
United States District Judge